## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC SABATINI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-00219-MN |
| v. | ) ) ) | |
| TELARIA, INC., PAUL CAINE, MARK ZAGORSKI, DOUG KNOPPER, RACHEL LAM, WARREN LEE, JAMES ROSSMAN, ROBERT SCHECHTER, KEVIN THOMPSON, THE RUBICON PROJECT, INC., and MADISON MERGER CORP., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby

voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an

answer nor a motion for summary judgment in the Action, and no class has been certified in the

Action.

Dated: April 20, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

*Attorneys for Plaintiff*